# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| MONIQUE PARKER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> PARALLAX MANAGEMENT CORP. d/b/a POLEKATZ NWI, <br><br> Defendant. | Cause Number: 2:23-CV-72-PPS-APR |

## ORDER

Plaintiff, Monique Parker, individually and on behalf of all others similarly situated, filed a Notice of Dismissal Without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). [DE 8.] Defendant, Parallax Management Corp. d/b/a Polekatz NWI, has not yet filed an answer, motion to dismiss, or motion for summary judgment in this matter.

As the Notice of Dismissal [DE 8] meets the requirements of Fed. R. Civ. P. 41(a)(1)(A)(i), it is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE**. Last, the Clerk is **ORDERED** to **CLOSE THIS CASE**.

ENTERED: March 21, 2023.

/s/ Philip P. Simon
**PHILIP P. SIMON, JUDGE**
**UNITED STATES DISTRICT COURT**